306

MICHAEL REESE HOSPITAL, Plaintiff-Appellee, *v.* RAUL SANDOVAL *et al.,*
Defendants-Appellants.

(No. 56597; ▮▮▮▮▮▮▮▮▮▮

First District—June 15, 1972.

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Gordon H. S. Scott and Jane G. Stevens, both of Neighborhood Legal Services, of Chicago, for appellants.

Morton C. Elden, of Chicago, for appellee.